**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

Petitioner

v.

MICHAEL T. FLANAGAN,

Respondent

: No. 294 WAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 363 WDA
: 2021 entered on November 30,
: 2022, **vacating and remanding** the
: Order of the Allegheny County Court
: of Common Pleas at No. CP-02-CR-
: 0001129-2020 entered on February
: 16, 2021

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, ___ A.3d ___, 2025 WL 1535292 (Pa. filed May 30, 2025).